UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID DRYSDALE, an individual,
and L. JOHN ARBIZZANI, as Trustee
of the L. JOHN ARBIZZANI
REVOCABLE TRUST 2001,

    Plaintiffs,                                  CASE NO.: 3:23-cv-01240-HLA-JBT

v.

AUTOMATED CLINICAL
GUIDELINES, LLC, a Florida limited
liability company, DOUGLAS K. DEW,
M.D., an individual, and
DOUGLAS DEW, JR., an individual,

    Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, David Drysdale and L. John Arbizzani, as Trustee of the L. John Arbizzani Revocable Trust 2001, and Defendants, Automated Clinical Guidelines, LLC, Douglas K. Dew, M.D., and Douglas Dew, Jr., by and through their respective undersigned counsel and pursuant to Rule 41, Fed. R. Civ. P., do hereby stipulate and agree that the above-styled civil action be dismissed with prejudice, with the parties to bear their respective attorneys' fees and costs.

[*Remainder of page intentionally left blank*]

Respectfully submitted,

| | |
|---|---|
| /s/ *Cassandra R. Daum* | /s/ *Michael J. Bittman* |
| Alan S. Wachs | Michael J. Bittman |
| James R. McCachren | Daniel S. Newman |
| Cassandra R. Daum | John P. McDermott, Jr. |
| Smith, Gambrell & Russell, LLP | Nelson Mullins Riley & Scarborough LLP |
| 50 N. Laura Street, Suite 2600 | 2 S. Biscayne Blvd., Suite 2100 |
| Jacksonville, FL 32205 | Miami, FL 33131 |
| Telephone: (904) 598-6100 | Telephone: (305) 373-9467 |
| awachs@sgrlaw.com | mike.bittman@nelsonmullins.com |
| jmccachren@sgrlaw.com | dan.newman@nelsonmullins.com |
| cdaum@sgrlaw.com | john.mcdermott@nelsonmullins.com |
| dhsmith@sgrlaw.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on August 22, 2024. I also certify that the foregoing document is being served this day on counsel of record via transmission of Electronic Filing generated by CM/ECF.

/s/ *Cassandra R. Daum*
Attorney