**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID DRYSDALE, an Individual, and
L. JOHN ARBIZZANI, Trustee,

    Plaintiffs,

v.

Case No. 3:23-cv-1240-TJC-SJH

AUTOMATED CLINICAL
GUIDELINES, LLC, a Florida Limited
Liability Company, DOUGLAS K.
DEW, M.D., an Individual, and
DOUGLAS K. DEW, JR., an Individual,

    Defendants.

## **O R D E R**

Upon review of the Stipulation for Dismissal, Doc. 34, filed on August 22, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 27th day of August, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record